UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| Brandon Viverette,<br><br>   Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC., et al.,<br><br>   Defendants. | Case No.: 1:20-cv-03506-CAP-CCB<br><br>**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC, ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Equifax Information Services, LLC in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC, ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

DATED: February 19, 2021

Respectfully submitted,

By: /s/ Daniel M. Brennan
Daniel M. Brennan
Bar Number 27114
222142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840
E-Mail: Daniel@crlam.com
Attorney for Plaintiff,
Brandon Viverette

PROOF OF SERVICE

I, Daniel M. Brennan, hereby state that on February 19, 2021, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

/s/ Daniel M. Brennan

LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: February 19, 2021