UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON VIVERETTE,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>et al.,<br>　　　　　　Defendants. | CIVIL ACTION FILE<br>NO. 1:20-cv-03506-CAP |

## J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., Senior United States District Judge, for consideration of the Report and Recommendation of Magistrate Judge Christopher C. Bly, recommending dismissing this action, and the court having approved and adopted said report and recommendation as the order of this court, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed without prejudice** pursuant to Local Rule 41.3(A)(2) for the plaintiff's failure to comply with lawful orders of this court.

Dated at Atlanta, Georgia, this 16th day of August, 2021.

KEVIN P. WEIMER
CLERK OF COURT

By:　s/Traci Clements Campbell
　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　　August 16, 2021
Kevin P. Weimer
Clerk of Court

By: s/Traci Clements Campbell
　　　Deputy Clerk